**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

MAYRA AUXILLADORA OROZCO RAMIREZ,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. EDCV 26-4473-RGK (AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

**NOTE: MODIFIED BY THE COURT**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge as modified herein.

**IT IS ORDERED** that Judgment be entered (1) granting the Petition; (2) ordering Respondents to immediately release Petitioner Mayra Auxiliadora Orozco Ramirez **(A# 246-222-319)** from immigration detention; and ~~(3) enjoining Respondents from re-~~

~~detaining Petitioner absent notice and a pre deprivation hearing before a neutral arbiter at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community~~.

Respondents are further ordered to file a "notice of release" within three days of the date of this Order confirming Petitioner's release from custody.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 8/20/2026

______________________________
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE