JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MAYRA AUXILLADORA OROZCO RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. EDCV 26-4473-RGK (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge as modified,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: 8/20/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE